IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL GREGORY DORSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. 3:10-1197 |
| ) | JUDGE TRAUGER/KNOWLES |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE and DAVIDSON ) | |
| COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

As the Court discussed in its previous Report and Recommendation (Docket No. 81), which addressed Defendants' Motions for Summary Judgment, Plaintiff has also filed a "Motion Cross Move for Summary Judgment" (Docket No. 55), which the Court construes as a Motion for Summary Judgment on behalf of Plaintiff.

The previous Report and Recommendation recommended that Defendants' Motions for Summary Judgment be GRANTED. Therefore, the undersigned recommends that Plaintiff's Motion (Docket No. 55) be DENIED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of

service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation.  *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge