UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL GREGORY DORSEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-cv-01197 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AT DAVIDSON COUNTY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 25, 2012, the Magistrate Judge issued a Report and Recommendation (R&R) (Docket No. 81) on the Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment filed by Metropolitan Government of Nashville at Davidson County ("Metro" or "Metro Government") (Docket No. 47) and a Motion for Summary Judgment filed by Correction Care Solutions ("CCS")(Docket No. 72), recommending that both motions[1] be granted.

On June 26, 2012, the Magistrate Judge issued a second R&R (Docket No. 82) on the plaintiff's "Motion Cross Move for Summary Judgment" (Docket No. 55), which the Magistrate Judge construed as a motion for summary judgment on behalf of the plaintiff, and recommended that the plaintiff's motion be denied.

Pending before the court are Objections to the June 25, 2012 R&R (Docket No. 81) filed by the plaintiff (Docket No. 87) and Metro's response to those Objections (Docket No. 88). For the reasons explained more fully in the Memorandum entered contemporaneously herewith, the court

---

[1] Because the Magistrate Judge considered matters outside of the pleadings, the Magistrate Judge treated Metro's motion as a motion for summary judgment. (Docket No. 81 at p. 2).

1

finds that the plaintiff's Objections lack merit. The court agrees with the Magistrate Judge's analysis and recommendation and finds that there is no genuine issue of material fact and the defendants are entitled to judgment as a matter of law. Therefore, the plaintiff's objections are **OVERRULED**. Accordingly, both the R&R entered on June 25, 2012, and the R&R entered on June 26, 2012, are **ADOPTED AND APPROVED.** Summary judgment is **GRANTED** to the defendants, and this case is **DISMISSED**.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge